## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>Duane M. Scholl,<br>　　　　Plaintiff,<br>vs.<br>Rogers Ready-Mix and Materials, Inc.,<br>and Chad Broege,<br>　　　　Defendants. | Case Number:<br><br>08 C 50086 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Rogers Ready-Mix and Materials, Inc. and Chad Broege, Defendants.

---

**NAME (Type or print)**
Peter DeBruyne

**SIGNATURE** (Use electronic signature if the appearance form is filed electronically)
s/ Peter DeBruyne

**FIRM**
Peter DeBruyne, P.C.

**STREET ADDRESS**
838 North Main Street

**CITY/STATE/ZIP**
Rockford, IL 61103

**ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)**
0599840

**TELEPHONE NUMBER**
815-964-3810

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | X | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | X | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | X | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐　　APPOINTED COUNSEL ☐