## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Duane H. Scholl, Plaintiff, vs. Rogers Ready-Mix and Materials, Inc., and Chad Broege, Defendants. | 08 C 50086 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Rogers Ready-Mix and Materials, Inc. and Chad Broege, Defendants

| NAME (Type or print) |
|---|
| James O. Teeter, Jr. |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ James O. Teeter Jr. |
| FIRM |
| Peter DeBruyne, P.C. |
| STREET ADDRESS |
| 838 North Main Street |
| CITY/STATE/ZIP |
| Rockford, IL 61103 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6244000 | 815-964-3810 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | X |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | X |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | X |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐